**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Oscar RIVERO–NUNEZ,
Defendant-Appellant.**

**No. 79–3058.**

United States Court of Appeals,
Fifth Circuit.

Oct. 11, 1979.

Alan S. Ross, Jeffrey S. Weiner, Miami, Fla., for defendant-appellant.

Jeffrey H. Kay, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before AINSWORTH, GODBOLD and VANCE, Circuit Judges.

PER CURIAM:

Appellant Rivero-Nunez seeks to appeal from an order of the district court staying an order of the Magistrate in a F.R.Crim.P. Rule 40(b) matter. The Magistrate had ordered a hearing on defendant's claim that his presence in the district had been unlawfully secured.

A removal order is not an appealable order. *U. S. v. McCray*, 458 F.2d 389 (CA9, 1972), *cert. denied*, 409 U.S. 865, 93 S.Ct. 158, 34 L.Ed.2d 113; *In re Ellsberg*, 446 F.2d 954 (CA1, 1971); *Galloway v. U. S.*, 302 F.2d 457 (CA10, 1962); C. Wright, 3 Federal Practice and Procedure § 653 at 11 (1969). Nor do we perceive that an order of a district judge staying a proposed hearing on a removal order is appealable.

We, therefore, deny the motion of the United States to expedite the appeal and order the appeal dismissed.

We express no opinion on whether a district court has jurisdiction to reverse or revise a Rule 40(b) order of a Magistrate. *See Bruno v. Hamilton*, 521 F.2d 114 (CA8, 1975); *United States v. Canada*, 440 F.Supp. 22 (N.D.Ill., 1977).

The appeal is DISMISSED.